# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2021 ND 102

State of North Dakota,                                          Plaintiff and Appellee

    v.

Eddie Lee Coleman,                                          Defendant and Appellant

### No. 20210040

Appeal from the District Court of Ward County, North Central Judicial District, the Honorable Todd L. Cresap, Judge.

AFFIRMED.

Per Curiam.

John M. Gonzalez, Assistant State's Attorney, Minot, ND, for plaintiff and appellee.

Benjamin C. Pulkrabek, Mandan, ND, for defendant and appellant.

## State v. Coleman
## No. 20210040

**Per Curiam.**

[¶1]   Eddie Lee Coleman appeals from the order deferring imposition of sentence entered after a jury found Coleman guilty of preventing arrest. Coleman argues the evidence at trial was insufficient to support his conviction for preventing arrest. Viewing the evidence in the light most favorable to the verdict, we conclude substantial evidence exists that could allow a jury to draw a reasonable inference in favor of conviction. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte